**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 24, 2010**

Mr. Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North
Suite 420
Austin, TX 78759

    Re:    *In re Prempro*, 4:03-CV-01507-WRW -- Short-term Use Hearing
            *Kuhn v. Wyeth*, 6:04-CV-06042-WRW (W.D. Ark.)
            *Davidson v. Wyeth*, 6:05-CV-06074-WRW (W.D. Ark.)

Dear Counsel:

Please be prepared to address the WHI study results which indicate that women who used HRT for three years or less were less likely to get breast cancer. What <u>specific</u> rebuttal do you have to this finding?

Please be prepared to give Judge Fuste and me a concise, precise synopsis of your specific causation evidence.

It is Judge Fuste's court, of course, and he will preside. I wanted you to know that the above things are on my mind.

                                      Cordially,

                                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    The Honorable Jose A. Fuste
         Other Counsel of Record